IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

STATE OF FLORIDA,

      Appellant,

 v.

      Case No. 5D21-1684
      LT Case No. 05-2019-CF-044758-A

RICKY LEE DAVIS,

      Appellee.

_____/

Decision filed April 26, 2022

Appeal from the Circuit Court
for Brevard County,
Tesha Ballou, Judge.

Ashley Moody, Attorney General,
Tallahassee, and Kaylee D. Tatman,
Assistant Attorney General, Daytona
Beach, for Appellant.

Ronnie Sanders-Randall, of
Sanders-Randall & Rice, PLLC,
Melbourne, for Appellee.

PER CURIAM.

     AFFIRMED.

COHEN, EDWARDS and EISNAUGLE, JJ., concur.